


# the Smeberg Law Firm, PLLC

Venture Funding - Corporate Start Up - Personal Injury - Commercial Litigation
Consumer Bankruptcy - Business Bankruptcy - Estate Planning - Corporate Law

January 5, 2017

Ronald E. Mendoza
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, TX 78212

Scott T. Wilsdon
Yarmuth Wilsdon, PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101

Re: Case no. 5:16-cv-01178, Getty Images (US), Inc. v. Total Concrete Solutions, LLC, and Concrete & Decorative Concrete, LLC

Dear Mr. Mendoza and Mr. Wilsdon,

Please allow this letter to serve as a Rule 68 Offer of Judgment on behalf of Total Concrete Solutions, LLC and Concrete & Decorative Concrete, LLC, collectively hereinafter referred to as (the "Defendants").

The Defendants offer to Plaintiff $2,750.00 as a final settlement of all claims, causes of actions and remedies brought or could have been brought in the above captioned suit including all costs accrued as of this date, including but not limited to, attorney's fees, costs of court, pre and post judgment interest, punitive damages, and actual damages. This offer is good for 14 days from today's date in accordance with Federal Rule of Civil Procedure 68.

Thank you for your attention to this matter, and please let me know if you have any questions.

Sincerely,

Ronald J. Smeberg

2010 W. Kings Hwy | San Antonio, Texas 78201
(210) 695-6684 phone | (210) 568-1555 fax
ron@smeberg.com | www.smeberg.com



Ronald J. Smeberg, Esq.