UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 1 2 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> TOTAL CONCRETE SOLUTIONS, LLC, a Texas limited liability company; and CONCRETE & DECORATIVE CONCRETE, LLC, a Texas limited liability company, <br><br> Defendants. | Civil No.: 5:16-cv-01178-XR |

## ORDER OF JUDGMENT

Based on the acceptance by Plaintiff Getty Images (US), Inc. of the offer of judgment made by Defendants Total Concrete Solutions, LLC and Concrete & Decorative Concrete, LLC, and as provided by Federal Rule of Civil Procedure 68, **IT IS HEREBY ORDERD**:

1. The Clerk of the Court is directed to **ENTER** a judgment in favor of Plaintiff Getty Images (US), Inc. and against Defendants Total Concrete Solutions, LLC and Concrete & Decorative Concrete, LLC in the amount of $2,750.00 as damages and other sums, including attorney's fees and costs.

2. Upon entry of judgment, this action shall be **DISMISSED** with prejudice and without attorney's fees or costs.

DATED this 12th day of January, 2017.

_____
The Honorable Xavier Rodriguez
United States District Judge

1

Respectfully submitted,

By: s/ Ronald E. Mendoza
    Ronald E. Mendoza
    Texas Bar No. 13937700
    Ryan J. Tucker
    Texas Bar No. 24033407
    **DAVIS, CEDILLO & MENDOZA, INC.**
    McCombs Plaza, Suite 500
    755 E. Mulberry Avenue
    San Antonio, Texas 78212
    Telephone: (210) 822-6666
    Facsimile: (210) 822-1151
    rmendoza@lawdcm.com
    rtucker@lawdcm.com

- and -

By: s/ Scott T. Wilsdon
    Scott T. Wilsdon (*pro hac vice*, pending)
    **YARMUTH WILSDON PLLC**
    1420 Fifth Avenue, Suite 1400
    Seattle, Washington 98101
    Telephone: (206) 516-3800
    Facsimile: (206) 516-3888
    wilsdon@yarmuth.com

    *Attorneys for Plaintiff Getty Images (US), Inc.*

By: s/ Ronald J. Smeberg
    Ronald J. Smeberg
    Texas Bar No. 24033967
    **THE SMEBERG LAW FIRM, PLLC**
    2010 West Kings Highway
    San Antonio, Texas 78201
    (210) 695-6684, Telephone
    (210) 598-7357, Fascimile

    *Attorney for Defendants Total Concrete Solutions, LLC and Concrete and Decorative Concrete, LLC*

950.04 ra100403